AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations                                                           MMS/cmm
           Sheet 1

# UNITED STATES DISTRICT COURT

<u>            WESTERN            </u>   District of   <u>            NEW YORK            </u>

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Abraham Plenty | Case Number:   03 CR 00044 001 |
|  | USM Number:   11520-055 |
|  | Alan Hoffman |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒  admitted guilt to violation of charge(s)    #2

☐  ~~was found in violation of charge(s)~~   _____   ~~after denial of guilt.~~

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | Failure to Report Change in Residence | 07/30/04 |

The defendant is sentenced as provided in pages 2 through  <u>   2   </u>  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒  The defendant has not violated charge(s)   <u>   1&3   </u>   and is discharged as to such violation(s) charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

<u>10/07/05</u>
Date of Imposition of Judgment

*/s/ John T. Elfvin*
Signature of Judge

John T. Elfvin, Senior U.S. District Judge
Name and Title of Judge

Buffalo, N.Y.   October 13, 2005
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
    Sheet 2— Imprisonment

MMS/cmm

Judgment — Page   2   of   2

DEFENDANT:  Abraham Plenty
CASE NUMBER:  03 CR 00044 001

## IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    Eight (8) months.

☐ ~~The court makes the following recommendations to the Bureau of Prisons:~~

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at  _____  ☐ a.m.  ☐ p.m.  on  _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on  _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

  Defendant delivered on  _____  to  _____

a  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL